**Electronically Filed
Supreme Court
SCOT-19-0000499
17-JUL-2019
10:07 AM**

SCOT-19-0000499

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ORIGHOYE DENNIS IYONSI, Petitioner,

vs.

HAWAIʻI POLICE DEPARTMENT, Respondent.

---

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Orighoye Dennis Iyonsi's "Brief for the United States as Amicus Curiae," filed as a petition on July 10, 2019, and the record, it appears that petitioner fails to demonstrate that he is entitled to relief from this court.  Accordingly,

IT IS HEREBY ORDERED that the petition is denied.

DATED: Honolulu, Hawaiʻi, July 17, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

